**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Philip A. Brimmer**

Civil Case No.  09-cv-00909-PAB-MEH

ZACHARY KRISTON, et al.,

    Plaintiffs,

v.

TONY PEROULIS, et al.,

    Defendants.

## ORDER OF RECUSAL

    This matter is before me on review of the file.  One of my sisters is a partner at the law firm of Holland & Hart, who has entered an appearance as counsel for defendant Bell Trans.  For this reason, it would be inappropriate for me to continue to preside over this case.  Accordingly, I will recuse myself.  It is therefore

    ORDERED that the judge's file be returned to the clerk's office for the case to be reassigned by random draw.

    DATED September 1, 2009.

                                              BY THE COURT:

                                              s/Philip A. Brimmer
                                              PHILIP A. BRIMMER
                                              United States District Judge