IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00909-MSK-MEH

ZACHARY KRISTON, et al.,

    Plaintiffs,

v.

TONY PEROULIS, et al.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 30, 2009.**

    Defendants Hutchison & Steffen, LLC and Harrah's Entertainment Inc.'s Limited Appearance; Motion to Set Aside Entry of Default; and Motion to Dismiss [filed September 29, 2009; docket #67] is **denied without prejudice** with leave to re-file as two separate motions. A court possesses the inherent power to control the disposition of the cases on its docket with economy of time and effort for itself, for counsel and for litigants. *Landis v. North American Co.,* 299 U.S. 248, 254 (1936). For the purposes of judicial efficiency, the Court directs Defendants Hutchison & Steffen, LLC and Harrah's Entertainment Inc. to file the Motion to Set Aside Entry of Default and the Motion to Dismiss separately.