IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00909-MSK-MEH

ZACHARY KRISTON, et al.,

    Plaintiffs,

v.

TONY PEROULIS, et al.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 18, 2009.**

    Defendant Del Turner's Motion for Severance of Claims under Rule 21 [filed November 16, 2009; docket #117] is **denied as moot**. Defendant Del Turner requests the Court to sever the claims against him prior to the Court's ruling on the Motion for Transfer filed by Defendant Las Vegas Metropolitan Police Department. In light of the dismissal of Defendant Las Vegas Metropolitan Police Department, the Motion to Transfer is no longer pending, and cause no longer exists for Defendant Turner's Motion for Severance. (*See* dockets #121, 128.)