IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00909-MSK-MEH

ZACHARY KRISTON, et al.,

    Plaintiffs,

v.

TONY PEROULIS, et al.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 9, 2009.**

    Plaintiff Kriston's Motion for Rendering of Default Judgment [filed December 7, 2009; docket #148] is **denied in part** and **denied without prejudice in part**. Plaintiff Kriston's Motion is DENIED as to Defendants Tony Peroulis and Harry Peroulis, as those Defendants properly filed Amended Answers. (Dockets ##135, 136.) Plaintiff Kriston's Motion is DENIED WITHOUT PREJUDICE with leave to re-file as to Defendant Daryll Rosenblatt. Pursuant to Fed. R. Civ. P. 55, before entering a default judgment, the Clerk of Court must first enter the party's default.