IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00909-MSK-MEH

ZACHARY KRISTON, et al.,

    Plaintiffs,

v.

TONY PEROULIS, et al.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 16, 2009.**

    Plaintiff Kriston's Motion for Rendering of Default Judgment [filed December 15, 2009; docket #158] is **denied as moot**, as the Clerk of Court declined to enter default against Defendant Daryll Rosenblatt.  (*See* docket #159.)