IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00909-MSK-MEH

ZACHARY KRISTON,
AMERICAN ROYALTY CRUSADE,
KINGS COURT COMMAND, LLC, and
KINGS COURT COMMAND CORPORATION,

      Plaintiffs,

v.

TONY PEROULIS,
HARRY PEROULIS,
DEL TURNER,
VENETIAN HOTEL OPERATIONS, LLC,
HUTCHISON & STEFFEN, LLC,
E. ROBERT SPEAR,
HARRAH'S ENTERTAINMENT INC.,
CLARK COUNTY DISTRICT ATTORNEY,
MICHAEL ACCARDI,
SANDRA RATANA, and
DARYLL ROSENBLATT,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 4, 2010.**

      Pending before the Court is Plaintiff's Motion to Voluntarily Dismiss Plaintiff Entities with Request for Leave to Amend the Complaint [filed December 28, 2009; docket #169]. To the extent Plaintiff Kriston's Motion requests the Court to enter an order dismissing Plaintiffs American Royalty Crusade, Kings Court Command, LLC, and Kings Court Command Corporation for lack of representation, the Court enters a Recommendation contemporaneously with this minute order addressing such request. To the extent Plaintiff Kriston's Motion requests the Court for leave to amend his Complaint, the Motion is **DENIED WITHOUT PREJUDICE** with leave to re-file. According to Fed. R. Civ. P. 15(a), the Court should freely give leave to amend "when justice so requires." Thus, the Court permits Plaintiff Kriston to re-file his request including a proposed First Amended Complaint as an exhibit for the Court's review, to determine whether "justice so requires" leave to amend.

      The Court reminds the parties of their continuing obligations under D.C. Colo. LCivR 7.1A, C, and H.