IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 09-cv-00909-MSK-MEH

ZACHARY KRISTON,
AMERICAN ROYALTY CRUSADE,
KINGS COURT COMMAND, LLC,
KINGS COURT COMMAND CORPORATION,

        Plaintiffs,

v.

TONY PEROULIS,
HARRY PEROULIS,
DEL TURNER,
VENETIAN HOTEL OPERATIONS, LLC,
HUTCHISON & STEFFEN, LLC,
E. ROBERT SPEAR,
HARRAH'S ENTERTAINMENT INC,
CLARK COUNTY DISTRICT ATTORNEY,
MICHAEL ACCARDI,
SANDRA RATANA,
DARYLL ROSENBLATT,

        Defendants.

## ORDER ADOPTING RECOMMENDATION AND
## GRANTING MOTION TO DISMISS PARTIES

**THIS MATTER** comes before the Court on a Recommendation by the Magistrate Judge **(#172)**, that the Plaintiffs' Motion to Dismiss Party **(#168)** be granted. No objections were filed.[1]

---

[1] When a magistrate judge issues a recommendation on a dispositive motion, the parties may file specific, written objections within ten days after being served with a copy of the recommendation. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). The district court shall make a *de novo* determination of those portions of the recommendation to which timely and specific objection is made. *See U.S. v. One Parcel of Real Prop. Known as 2121 E. 30th St.*, 73 F.3d 1057, 1060 (10th Cir. 1996). When no party files

This case was originally brought by Plaintiff Zachary Kriston, an individual, and three entities, American Royalty Crusade, Kings Court Command, LLLC, and Kings Court Command Corporation (the "Entity Plaintiffs"). Despite the rule in this circuit that a corporation must be represented to appear in federal court, the Entity Plaintiffs never obtained counsel. *See Tal v. Hogan*, 453 F.3d 1244, 1254 (10th Cir. 2006). Accordingly, the Court issued an Order to Show Cause why the action should not be dismissed for failure to prosecute because the Entity Plaintiffs were unrepresented by counsel. Based on the Entity Plaintiffs' representation in their response to the Order to Show Cause that they intended to obtain counsel, the Court set a deadline for the entry of counsel. No such counsel entered an appearance. Instead, the Plaintiffs moved to voluntarily dismiss the claims asserted by the Entity Plaintiffs pursuant to Fed. R. Civ. P. 41(a)(2).[2] The Magistrate Judge recommends that this motion be granted. The Court agrees finding no valid reason why the Entity Plaintiffs should not be permitted to voluntarily dismiss the claims they assert in this action.

**IT IS THEREFORE ORDERED** that

(1) The Recommendation **(#172)** is **ADOPTED**.

(2) The Plaintiffs' Motion to Dismiss Party **(#168)** is **GRANTED** to the extent it seeks dismissal of the claims asserted by the Entity Plaintiffs.

(3) All claims asserted on behalf of American Royalty Crusade, Kings Court

---

objections to a magistrate judge's recommendation, the court has discretion to apply whichever standard of review it deems appropriate. *See Summers v. State of Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991).

In this case, it is irrelevant what standard of review the Court applies, as it would agree with the Recommendation under any standard of review.

[2] The motion also sought leave to amend the complaint. The Magistrate Judge addressed this request separately and the issue is not currently before the Court.

Command, LLC, and Kings Court Command Corporation are **DISMISSED WITHOUT PREJUDICE**. The caption in all further pleadings shall reflect this change.

Dated this 28th day of January, 2010

**BY THE COURT:**

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge