IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00909-MSK-MEH

ZACHARY KRISTON,

      Plaintiff,

v.

TONY PEROULIS,
HARRY PEROULIS,
DEL TURNER,
VENETIAN HOTEL OPERATIONS, LLC,
HUTCHISON & STEFFEN, LLC,
E. ROBERT SPEAR,
HARRAH'S ENTERTAINMENT INC.,
CLARK COUNTY DISTRICT ATTORNEY,
MICHAEL ACCARDI,
SANDRA RATANA, and
DARYLL ROSENBLATT,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 16, 2010.**

In light of the close of discovery in this matter on February 6, 2010 [docket #77], the pending Joint Motion to Stay Discovery [filed December 1, 2009; docket #144] is **denied as moot**. The Court anticipates issuing a recommendation on the pending dispositive motions shortly.