IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER

| Courtroom Deputy: | Patricia Glover | Date: July 6, 2010 |
|---|---|---|
| Court Reporter: | Paul Zuckerman | |

Civil Action No. 09-cv-00909-MSK-MEH

*Parties*:                                                                                  *Counsel Appearing:*

ZACHARY KRISTON,                                                        Zachary Kriston, *pro se*

        Plaintiff,

v.

TONY PEROULIS,                                                                Tony Peroulis *pro se*
HARRY PEROULIS                                                            Harry Peroulis *pro se*
VENETIAN HOTEL OPERATIONS, LLC.,
DARYLL ROSENBLATT,                                                    Daryll Rosenblatt *pro se*

        Defendant.

---

### COURTROOM MINUTES

---

HEARING:    Final Pretrial Conference.

**9:07 a.m.**    **Court in session.**

Plaintiff Zachary Kriston *pro se* is present. No party defendants are present. The Court attempted to contacted defendant Rosenblatt at the number provided but was unsuccessful.

The Court addresses plaintiff's Amended Motion for Leave to file a Summary Judgement (**Doc. #204**).

**ORDER:**    Plaintiff's Amended Motion for Leave to File a Summary Judgment Motion (**Doc. #204**) is **DENIED**.

The Court addresses defendants' Stipulation to Dismiss (**Doc. #202**) and plaintiff's Motion to Strike (**Doc. #206**).

**ORDER:** Plaintiff's Motion to Strike (**Doc. #206**) is **DENIED.**

**ORDER:** The Court issues an Order to Show Cause as to why this action should not be dismissed for failure to assert these claims as counterclaims in the Nevada action. The plaintiff will file a response to the Order to Show cause by **July 20, 2010**.

**ORDER:** Plaintiff may file a supplement to his response (**Doc. #205**) to defendants' Stipulation to Dismiss (**Doc. #202**) by **July 20, 2010.**

The court addresses the Motion for Expedited Review (**Doc. #207**).

**ORDER:** The Motion for Expedited Review (**Doc. #207**) is **DENIED.**

**9:17 a.m.** **Court in recess.**

**Total Time: 10 minutes.**
**Hearing concluded.**