IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00909-MSK-MEH

ZACHARY KRISTON,

    Plaintiff,

v.

TONY PEROULIS,
HARRY PEROULIS,
VENETIAN HOTEL OPERATIONS, LLC, and
DARYLL ROSENBLATT,

    Defendants.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 27, 2010.**

    Plaintiff's "Motion Requesting Order for Return of Property and/or Motion Requesting for Writ of Replevin to Issue" [filed August 24, 2010; docket #218] is **denied**. Plaintiff brings this motion pursuant to Fed. R. Civ. P. 64, which governs certain provisional remedies for seizure of a person or property during the course of an action to satisfy the judgment ultimately rendered in the action. Plaintiff requests the Court for an order "which returns and restores the 'said' ownership of the above entitled case to the Plaintiff . . . ." (Docket #218 at 1.) By its nature, a discrete lawsuit cannot be used to satisfy any judgment ultimately rendered, if rendered at all, in the same lawsuit. Accordingly, the Court concludes that what Plaintiff seeks cannot be achieved through this means, and his motion is denied.