IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 09-cv-00909-MSK-MEH

ZACHARY KRISTON,

    Plaintiff,

v.

TONY PEROULIS,
HARRY PEROULIS, and
DARRYL ROSENBLATT,

    Defendants.

---

ORDER DENYING LEAVE TO PROCEED ON APPEAL
PURSUANT TO 28 U.S.C. § 1915 AND FED. R. APP. P. 24

---

Krieger, Judge

    Plaintiff has submitted a Motion and Affidavit for Leave to Proceed on Appeal Pursuant to

28 U.S.C. § 1915 and Fed. R. App. P. 24.  The court has examined the file and has determined that

the motion must be denied.  Pursuant to 28 U.S.C. § 1915(a)(3), the court finds that this appeal is

not taken in good faith because Plaintiff has not shown the existence of a reasoned, nonfrivolous

argument on the law and facts in support of the issues raised on appeal.  Accordingly, it is

    ORDERED that the Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28

U.S.C. § 1915 and Fed. R. App. P. 24 is denied.

    DATED this 6th day of December, 2011.

BY THE COURT:

_____

Marcia S. Krieger
United States District Judge